IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ZIELINSKI | : | CIVIL ACTION |
| | : | NO. 15-3053 |
| v. | : | |
| | : | |
| KIMBERLY-CLARK CORPORATION | : | |

## **ORDER**

AND NOW, this 28th day of June, 2016, upon consideration of defendant Kimberly-Clark Corporation's motion to dismiss plaintiff Mary Zielinski's amended complaint (Dkt. No. 11), plaintiff's response (Dkt. No. 13) and defendant's reply (Dkt. No. 14), and consistent with the accompanying Memorandum of Law, it is ORDERED that defendant's motion is GRANTED in part and DENIED in part as follows:

1. defendant's motion is GRANTED to the extent that it seeks dismissal of plaintiff's claims of disparate treatment under Title VII, the ADEA and the ADA and plaintiff's claims of hostile work environment under Title VII and the ADA. All of plaintiff's disparate treatment claims and her claims for hostile work environment under Title VII and the ADA are DISMISSED with leave to amend.

2. defendant's motion is DENIED in all other respects.

Plaintiff may file a second amended complaint to the extent that she can allege facts upon which to state a claim on or before July 29, 2016.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR., J.